**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00191-CV

**BALTASAR D. CRUZ, Appellant**

**V.**

**JAMES VAN SICKLE, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

The Court has before it appellant's June 13, 2013 third unopposed motion for extension of time to file his brief. On May 14, 2013, this Court informed appellant that no further extensions would be granted without a showing of exceptional circumstances. Appellant's motion does not demonstrate any such circumstances, and the Court therefore **DENIES** the motion and **ORDERS** appellant to file his brief within ten days of the date of this order. If appellant fails to do so, this case may be dismissed without further notice.

/s/    ELIZABETH LANG-MIERS
         JUSTICE